IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LAWRENCE J. WEDEKIND | § | Case No. 09-32057-H4-11 |
| | § | |
| | § | (Chapter 11) |
| Debtor. | § | |

### APPLICATION TO EMPLOY ATTORNEY FOR DEBTOR

TO THE HONORABLE JEFF BOHM,
UNITED STATES BANKRUPTCY JUDGE:

LAWRENCE J. WEDEKIND, Debtor and Debtor-In-Possession, hereinafter referred to as "Applicant," files this, his Application to Employ Attorney for Debtor, and would respectfully represent as follows:

1. Applicant filed a voluntary petition requesting relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on March 31, 2009.

2. The Applicant has continued in possession of all of his property and, as Debtor-In-Possession, is now managing his medical management business. The Debtor, as Applicant, requires counsel immediately to represent him herein.

3. The Applicant desires to employ James R. Clark, with the firm of Clark & Keiter, P.C., an attorney duly admitted to practice before the United States Bankruptcy Court for the Southern District of Texas under Texas State Bar No. 04286000.

4. Applicant has selected James R. Clark as his proposed attorney for the reason that he has had experience in matters of this type, and the Applicant believes that James R. Clark is well qualified to represent Applicant, as a Debtor, in this proceeding.

5. The professional services the said James R. Clark is to render are:

    (a)    To give the Debtor legal advice with respect to his powers, responsibilities and duties;

    (b)    To give legal advice to the Debtor regarding the present & future operation of the Debtor's business and management of Debtor's property;

    (c)    To prepare, on behalf of the Applicant, as Debtor, necessary applications, answers, orders, reports, petitions, schedules, statement of financial affairs, a disclosure statement, plan of reorganization and other legal and related papers;

    (d)    To further analyze the Debtor's financial situation;

    (e)    To represent the Debtor at various meetings of creditors, disclosure statement hearings and confirmation-related hearings;

    (f)    To perform all other legal services for the Debtor which may be necessary herein, including representation in adversary proceedings and contested matters; and it is necessary for the Applicant, as Debtor, to employ an attorney for such professional services.

6.    **To the best of Applicant's knowledge, the proposed attorney has no adverse interest in this Case, is a disinterested professional person who has no connections with the Debtor, his family, affiliates, his respective officers, directors, shareholders or employees, his estate, his creditors, or any other party in interest, or any of his respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee, <u>EXCEPT</u> with respect to Mr. Michael P. Jayson, CPA who is the certified public accountant seeking to be employed separately in this Case, with whom the proposed attorney regularly worked on previous bankruptcy matters for other unrelated clients, intends to work with on this instant Case and with whom he likely will work on other current and future bankruptcy matters for other client's cases which have nothing to do with this Debtor.**

7.    Applicant desires to employ James R. Clark, and has transferred to him (via a payment made by Debtor's employer) the sum of $30,000.00 (including the $1,039.00 filing fee) $28,961.00 of

which was paid as a general retainer for representation in this bankruptcy proceeding.  Debtor has further agreed to pay additional compensation at the rate of $350.00 per hour, based on usual and customary fees, only as approved by the Court, as set forth on the Disclosure of Attorney Compensation which is attached hereto as Exhibit "A" and made a part hereof for all purposes.   Mr. Aaron Keiter, who is a member of Clark & Keiter, P. C. will also assist Mr. Clark in the representation of the Debtor but will not be making any formal appearance herein.

8. James R. Clark represents no interest adverse to the Debtor, or his estate, in the matters upon which he is to be engaged for Applicant, as Debtor, and his employment would be in the best interest of this estate.  The undersigned attorney has not represented the Debtor in any other matter (other than pre-filing discussions) prior to the filing, on March 31, 2009 of the Debtor's Voluntary Petition.

9. Applicant requests that this Application be approved to be effective as of the date the Bankruptcy Petition was actually filed, being March 31, 2009, as the Attorney has been representing the Debtor since that date.

10. Granting this Application and entry of the attached from of Order will not prejudice any party in interest as it will assist the Debtor to complete this Reorganization.

WHEREFORE, the Debtor, LAWRENCE J. WEDEKIND, as Applicant, prays that he be authorized to employ and appoint the said James R. Clark, as its counsel, to represent him as Debtor and Debtor-In-Possession in this proceeding under Chapter 11 of the Bankruptcy Code, and that he have such other and further relief as may be just and proper.

Dated:  April 21, 2009            Respectfully submitted:

                LAWRENCE J. WEDEKIND

                By:  /s/ Lawrence J. Wedekind
                    Lawrence J. Wedekind, Debtor

## AFFIDAVIT

STATE OF TEXAS §
§
COUNTY OF HARRIS §

BEFORE ME, the undersigned authority, on this day personally appeared James R. Clark, an attorney with Clark & Keiter, P.C., who, being by me first duly sworn, stated on oath that he is a practicing attorney with offices located at 4545 Mt. Vernon, Houston, Texas 77006; and that he has read the attached Application To Employ Attorney For Debtors seeking authority to appoint and retain counsel to represent the Debtors; **his family, affiliates, his respective officers, directors, shareholders or employees, his estate, his creditors, or any other party in interest, or any of his respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee, <u>EXCEPT</u> with respect to Mr. Michael P. Jayson, CPA who is the certified public accountant seeking to be employed separately in this Case, with whom the proposed attorney regularly worked on previous bankruptcy matters for other unrelated clients, intends to work with on this instant Case and with whom he likely will work on other current and future bankruptcy matters for other client's cases which have nothing to do with this Debtor.**; that he represents no interest adverse to the Debtors, or its estate, in matters upon which he is about to be engaged; and he believes that he can undertake representation of this matter without restriction of any type.

_____
James R. Clark
Texas State Bar No. 04286000

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned Notary Public, on this 21st day of April, 2009, to certify which witness my official hand and seal.



Notary Public in and for the State of Texas

ESTELA RODRIGUEZ
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
NOV. 9, 2010

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Application to Employ Attorney for Debtor was sent to the Debtor and the Office of the United States Trustee, via U. S. Postal Service, first class mail and/or electronic mail on this 21st day of April, 2009.

/s/ James R. Clark
James R. Clark,
Attorney in Charge for Debtor