B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:  Lawrence J. Wedekind  
Case No.  09-32057-H4-11  
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service<br>1919 Smith St., Stop 5025HOU<br>Houston, TX 77002 | | Employment Taxes | *Unliquidated*<br>*Disputed* | $2,136,867.09 |
| Omnibank, N.A.<br>c/o Craig R. Denum<br>11757 Katy Freeway, Ste. 1010<br>Houston, TX 77079 | | Personal Guaranty Obligation | | $1,316,162.45 |
| Omnibank, N.A.<br>c/o Craig R. Denum<br>11757 Katy Frwy., Ste. 1010<br>Houston, TX 77079 | | Personal Guaranty Obligation | | $577,785.95<br>Value: $83,000.00 |
| John Tatum<br>3050 Golden Hills<br>Missouri City, TX 77459 | | Loan & Personal Guaranty | | $355,211.21 |
| Tax Ease<br>12240 Inwood Rd.<br>Dallas, TX 75244 | | Property Tax Loans | *Unliquidated* | $230,000.00 |
| Jan German<br>18718 Resica Falls<br>Houston, TX 77094 | | Personal Loan. | | $76,000.00 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Lawrence J. Wedekind**     Case No.  **09-32057-H4-11**

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| GE Capital<br>2 Northpoint Dr. Ste. 880<br>Houston, TX 77060 | | Personal Loan | *Unliquidated* | $71,000.00 |
| David Mosig<br>c/o Michael Hirsch<br>1301 McKinney, Ste. 290<br>Houston, TX 77010 | | DMH Settlement Agreement | | $70,000.00 |
| Citicorp Vendor Finance, Inc.<br>700 East Gate Dr., Ste. 400<br>Mt. Laurel, NJ 08054 | | Personal Guaranty on debt | | $55,000.00 |
| Omnibank, N.A.<br>c/o Craig R. Denum<br>11757 Katy Frwy., Ste. 1010<br>Houston, TX 77079 | | Personal Guaranty Obligation | | $940.05 |
| Ed Grant<br>260 N. Sam Houston Prkwy.<br>Ste. 220<br>Houston, TX 77060 | | Services rendered | | $250.00 |
| Richard Stampp<br>18718 Resica Falls<br>Houston, TX 77094 | | Loan | | $150.00 |
| Ed Horn<br>16018 Lakeview Dr.<br>Houston, TX 77040 | | Personal Loan | | $95.00 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Lawrence J. Wedekind**   Case No.   **09-32057-H4-11**

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| US Department of Agriculture 1400 Independence Ave. S.W. Washington, DC 20250 | | Notice Only | | $0.00 |
| U.S. Small Business Administration Houston District Office 8701 S. Gessner Drive, Ste. 1200 Houston, TX 77074 | | Notice Only | | $0.00 |
| Technical Solutions c/o James M. Baker 7852 Las Vegas Blvd S, Ste. 124 Las Vegas, NV 89123 | | Lawsuit debt | *Unliquidated* *Disputed* | $0.00 |
| GE Healthcare 20225 Watertower Blvd., #400 Brookfield, WI 53045 | | Debt | | $0.00 |

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:__**04/30/2009**_____   Signature:___**/s/ Lawrence J. Wedekind**_____

   **Lawrence J. Wedekind**

   _____