**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Lawrence J. Wedekind**              CASE NO   **09-32057-H4-11**

                                              CHAPTER   **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  05/01/2009                              Signature   /s/ Lawrence J. Wedekind
                                                          *Lawrence J. Wedekind*

Date _____              Signature _____

Ed Grant
260 N. Sam Houston Prkwy.
Ste. 220
Houston, TX 77060

Ed Horn
16018 Lakeview Dr.
Houston, TX 77040

GE Capital
2 Northpoint Dr. Ste. 880
Houston, TX 77060

Jan German
18718 Resica Falls
Houston, TX 77094

Technical Solutions
c/o James M. Baker
7852 Las Vegas Blvd S, Ste. 124
Las Vegas, NV 89123

U.S. Small Business Administration
Houston District Office
8701 S. Gessner Drive, Ste. 1200
Houston, TX 77074

US Department of Agriculture
1400 Independence Ave. S.W.
Washington, DC 20250