| B104 (Rev. 2/92) | **ADVERSARY PROCEEDING COVER SHEET** (Instructions on Reverse) | ADVERSARY PROCEEDING (Court Use Only) |
|---|---|---|

| **PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| LAWRENCE J. WEDEKIND | UNITED STATES FEDERAL EMERGENCY MANAGEMENT AGENCY ("FEMA") |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) | **ATTORNEYS** (If Known) |
| James R. Clark - Clark & Keiter, P. C. 4545 Mt. Vernon, Houston, TX 77006 (713) 532-1300 Telephone | U.S. Attorney for the Southern District of TX (Civil Division), P. O. Box 61129 Houston, TX 77208-1129 |

**PARTY** (Check one box only) ☐ 1 U.S. PLAINTIFF ☑ 2 U.S. DEFENDANT ☐ 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Complaint For Turnover of Funds And Declaratory Judgment

**NATURE OF SUIT**
(Check the one most appropriate box only.)

☑ 454 To Recover Money or Property
☐ 435 To Determine Validity, Priority, Extent of a Lien or Other Interest in Property
☐ 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property
☐ 424 To object or to revoke a discharge 11 U.S.C. § 727
☐ 455 To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap. 13 Plan
☐ 426 To determine the dischargeability of a debt 11 U.S.C. § 523
☐ 434 To obtain an injunction or other equitable relief
☐ 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan
☐ 456 To obtain a declaratory judgment relating to any of the foregoing causes of action
☐ 459 To determine a claim or cause of action removed to a bankruptcy court
☐ 498 Other (specify)

**ORIGIN OF PROCEEDINGS** (Check one box only.) ☑ 1 Original Proceeding ☐ 2 Removed Proceeding ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another Bankruptcy Court ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

| **DEMAND** | NEAREST THOUSAND $209,000.00 | OTHER RELIEF SOUGHT Declaratory Judgment | ☐ JURY DEMAND |
|---|---|---|---|

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| NAME OF DEBTOR Lawrence J. Wedekind | BANKRUPTCY CASE NO. 09-32057-H4-11 | |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING Southern District of Texas | DIVISIONAL OFFICE Houston Division | NAME OF JUDGE Jeff Bohm |

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

**FILING FEE** (Check one box only.) ☐ FEE ATTACHED ☑ FEE NOT REQUIRED ☐ FEE IS DEFERRED

| DATE 06/30/2009 | PRINT NAME James R. Clark | SIGNATURE OF ATTORNEY (OR PLAINTIFF) *James R. Clark/sm* |
|---|---|---|