**UNITED STATES BANKRUPTCY COURT**
**Southern District Of Texas**
**Houston**

CASE NAME:  Lawrence J. Wedekind          **Petition Date:**      3/31/2009

CASE NUMBER 09-32057-H4-11

THIS REPORT IS FOR THE MONTH/YEAR          Mar-09          (example: MAY/1998)

All Individual Debtor-in-Possession Checking, Savings, Brokerage Accounts:

| BANK NAME: | ACCOUNT NO. |
|---|---|
| 1. | |
| 2. | |
| 3. | |

*(attach list if needed)*

All Non-Debtor-in-Possession Accounts:

| BANK NAME: | ACCOUNT NO. |
|---|---|
| 1. Wells Fargo Checking | xxxx1865 |
| 2. Wells Fargo Savings | xxxx0031 |
| 3. Houston FCU | xxxx8940 |

*(attach list if needed)*

A copy of a reconciled statement should be attached for each and all accounts.

$0.00                                                      $0.00

Total Disbursements from MOR-7 + Total Disbursements from MFR-2 =          Total Disbursements

*(When the debtor is a sole proprietorship)*          *(When the debtor is an individual)*

*** The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

*REQUIRED INSURANCE MAINTAINED*
*AS OF SIGNATURE DATE*

| | | EXP. DATE |
|---|---|---|
| HOME OWNERS | YES ( ) NOT ( ) | 01-01-10 |
| AUTO | YES ( ) NO ( ) | 01-01-10 |
| OTHER | YES ( ) NO ( ) | 01-01-10 |
| OTHER | YES ( ) NO ( ) | 01-01-10 |

CIRCLE ONE

Are all post-petition liabilities, including taxes, being paid within terms  Yes  No
Have any pre-petition liabilities been paid?  Yes  No
If so, describe:
Were any assets disposed of outside the normal course of business?  Yes  No
If so, describe:
Are all U.S. Trustee Quarterly Fee Payments current?  Yes  No
What is the status of your Plan of Reorganization?  in progress

ATTORNEY NAME:   James R. Clark
FIRM:   James R. Clark & Associates, P.C.
ADDRESS:   4545 Mt. Vernon

CITY, STATE, Z   Houston, TX 77002
TELEPHONE:   713-532-1300

I certify under penalty of perjury that the following complete Monthl Financial Report (MFR), consisting of MFR-1 through MFR-9 plus attachments, is true and correct.

SIGNED: _____  DATE: 7/18/09
(ORIGINAL SIGNATURE)

**This FORM is for INDIVIDUALS ONLY**

CASE NAME:  Lawrence J. Wedekind

CASE NUMBER: 09-32057-H4-11

| CASH RECEIPTS AND DISBURSEMENTS | SCHEDULE I & J | MONTH Mar-09 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | 16,885.00 | 16,885.00 | | | | | |
| RECEIPTS: | | | | | | | |
| 2. Wages, Salary, Commissions (net) | | | | | | | |
| 3. Rents, Royalties, Dividends, Interest | | | | | | | |
| 4. Social Security, Pensions, etc. | | | | | | | |
| 5. Other (attach list) | | | | | | | |
| TOTAL RECEIPTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Draw from (Contribution to) Operation of Business MOR-7 | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 6. Rent or Home Mortgage Payment | | | | | | | |
| 7. Utilities (electric/gas, water, telephone) | | | | | | | |
| 8. Home Maintenance (repairs and upkeep) | | | | | | | |
| 9. Food, Clothing, Laundry, and Dry Cleaning | | | | | | | |
| 10. Medical and Dental | | | | | | | |
| 11. Transportation (not including car payment) | | | | | | | |
| 12. Recreations, Clubs, and Entertainment | | | | | | | |
| 13. Insurance (not included in wages or home mortgage) | | | | | | | |
| 14. Taxes (not included in wages or home mortgage) | | | | | | | |
| 15. Auto Payment | | | | | | | |
| 16. Credit Cards | | | | | | | |
| 17. OTHER (attach list) | | | | | | | |
| TOTAL DISBURSEMENTS (for individual) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 PROFESSIONAL FEES | | | | | | | |
| 19 U.S TRUSTEE FEES | | | | | | | |
| (attach list if needed) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 NET CASH FLOW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 21. CASH - END OF MONTH | 16,885.00 | 16,885.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

MFR-2

*Revised 07/01/98*

This FORM is for INDIVIDUALS ONLY

CASE NAME:   Lawrence J. Wedekind

CASE NUMBER: 09-32057-H4-11

| POST-PETITION LIABILITIES | MONTH Mar-09 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| SECURED: | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| TOTAL SECURED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| UNSECURED: | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| TOTAL UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TAXES: | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| TOTAL TAXES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL POST-PETITION LIABILITIES (for individual) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

MFR-3

*Revised 07/01/98*

**CASE NAME:**
Lawrence J. Wedekind

**Bank Account Reconciliation**

**CASE NUMBER:**
09-32057-H4-11

## MONTH OF March 2009

| | Wells Fargo | Wells Fargo | Houston FCU | | | |
|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | xxxx1665 | xxxx0031 | xxxx8940 | | | |
| *ACCOUNT TYPE* | *CHECKING* | *SAVINGS* | *CHECKING* | *CHECKING* | *OTHER* | *TOTAL* |
| BANK BALANCE | $ 14,619.00 | $ 1,078.00 | $ 1,088.00 | | | $ 16,785.00 |
| DEPOSIT IN TRANSIT | | | | | | - |
| OUTSTANDING CHECKS | | | | | | - |
| ADJUSTED BANK BALANCE | $ 14,619.00 | $ 1,078.00 | $ 1,088.00 | $ - | $ - | $ 16,785.00 |
| BEGINNING CASH-PER BOOKS | $ 14,619.00 | $ 1,078.00 | $ 1,088.00 | | | $ 16,785.00 |
| RECEIPTS | | | | | | $ - |
| TRANSFERS BETWEEN ACCOUNTS | | | | | | $ - |
| (WITHDRAWAL) CONTRIBUTION- BY INDIVIDUAL DEBTOR MFR-2 | | | | | | $ - |
| CHECKS/OTHER DISBURSEMENTS | | | | | | $ - |
| ENDING CASH-PER BOOKS | $ 14,619.00 | $ 1,078.00 | $ 1,088.00 | $ - | $ - | $ 16,785.00 |