

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**ENTERED**
**10/28/2009**

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: |
| | § | |
| **LAWRENCE J. WEDEKIND** | § | **09-32057-H4-11** |
| | § | **(Chapter 11)** |
| Debtor | § | |

## CASE MANAGEMENT ORDER FOLLOWING HEARING

(This Order relates to docket no. 55)

CAME ON to be considered the <u>United States Trustee's Motion for An Order directing sebtor To Appear And Show Cause Why this Case Should Not Be Dismissed Or Converted For Failure To File A Disclosure Statement And Plan Of Reorganization.</u>  Debtor and  the United States Trustee appeared through counsel and presented testimony and evidence regarding the case status.  After considering same, the Court finds the following is necessary and appropriate. It is therefore:

**ORDERED** that Debtor file a Disclosure Statement and Plan of Reorganization on or before Wednesday, November 25, 2009; it is further

**ORDERED** that if Debtor does not file a Disclosure Statement and Plan of Reorganization on or before Wednesday, November 25, 2009, this case will be dismissed without further notice.

Signed this _27th_ day of _October_ , 2009.

Jeff Bohm
**United States Bankruptcy Judge**