IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>LAWRENCE J. WEDEKIND,<br><br>　　　　　DEBTOR. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CHAPTER 11<br><br>Case No. 09-32057-H4-11 |

### DEBTOR'S EXPEDITED MOTION FOR
### FINAL DECREE AND TO CLOSE CHAPTER 11 CASE

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN TWENTY-ONE DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**DEBTOR INTENDS TO ASK FOR EXPEDITED RELIEF REGARDING THIS MOTION**

**TO THE HONORABLE JEFF BOHM, UNITED STATES BANKRUPTCY JUDGE:**

LAWRENCE J. WEDEKIND, debtor herein (the "Debtor"), files this Expedited Motion for Entry of Final Decree and to Close Chapter 11 Case, and for cause would respectfully represent.

1. Debtor's Third Amended Plan of Reorganization (the "Confirmed Plan") was confirmed on May 3, 2010 ("Confirmation Order").  Document No. 144.

2. All fee applications have been heard and approved.

3. No further objections to claims need to be filed.

4. All Monthly Financial Reports have been filed through September 30, 2010, as per the U.S. Trustee's request.

5. The Debtor's Chapter 11 Case has been fully administered.

6. A final decree may now be entered in this Chapter 11 case.

7. This Chapter 11 case may now be closed.

WHEREFORE, Debtor prays that the Court enter the proposed order submitted with this Motion providing for (a) entry of a final decree, and (b) closing this Chapter 11 case.  Debtor prays for such other and further relief as is just.

Respectfully submitted this 24th day of October 2010.

*/s/ Leonard H. Simon*
Leonard H. Simon, Esq.
TBN: 18387400; SDOT: 8200
The Riviana Building
2777 Allen Parkway, Suite 800
Houston, Texas 77019
(713) 737-8207 (Direct)
(832) 202-2810 (Direct Fax)
lsimon@pendergraftsimon.com
COUNSEL FOR DEBTOR

2

OF COUNSEL:

PENDERGRAFT & SIMON
The Riviana Building
2777 Allen Parkway, Suite 800
Houston, Texas 77019
(713) 528-8555 (Main)
(713) 868-1267 (Main Fax)

## CERTIFICATE OF SERVICE

       This is to certify that a true and correct copy of the above and foregoing has been served by electronic transmission to all registered ECF users appearing in the case on this 24th day of October 2010.

                                                */s/ Leonard H. Simon*
                                                Leonard H. Simon